SWEET LIFE FOOD CORPORATION, Judgment Creditor, Appellant, v. ISIDORE SCHIFRIN, Judgment Debtor, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. (See *Kenney* v. *South Shore Natural Gas & F. Co.*, 201 N. Y. 89; *West Side Bank* v. *Pugsley*, 47 id. 368; *Rodman* v. *Henry*, 17 id. 482.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

NEWTON PRICE, as Administrator, etc., of ROBERT T. JONES, Deceased, Appellant, v. PETER TATKO, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

M. LAJEUNESSE, INC., Respondent, v. J. M. ALLERTON, Appellant. JASPER M. ALLERTON, Appellant, v. M. LAJEUNESSE, INC., and WILFRED J. CLAIRMONT, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser and Bliss, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Trustee, etc., Respondent, v. SARANAC RIVER POWER CORPORATION and Others, Respondents. RUSSEL S. JOHNSON, Intervenor, Appellant.— Orders unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JACKLIN M. LESEUER, an Infant, by MARIE JOLLEY, Her Guardian ad Litem, Respondent, v. ROBERT V. POWELL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

AGATHA NELCOSKI, an Infant, by VERONICA McCRONE, Her Guardian ad Litem, Respondent, v. ROSE ALICE CONNELLY, Appellant.— Judgment and order unanimously affirmed, with costs.— Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Complaint of CHARLES E. ROESCH, as Mayor of the City of Buffalo, against INTERNATIONAL RAILWAY COMPANY, etc., and Complaint of EDWARD T. MALONE, as Mayor of the City of Lackawanna, against INTERNATIONAL RAILWAY COMPANY, etc. THE CITY OF BUFFALO, Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements. (See *Matter of Grade Crossing Elimination Act [Altamont]*, 234 App. Div. 129; appeal, without permission, dismissed, 259 N. Y. 564.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ALFRED BONIFACE, as Guardian ad Litem of DOROTHY BONIFACE, an Infant, Respondent, v. FRANKLYN SANDERSON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.